**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X   Case No.: 1:22-cv-6508

ERIONA FASKAJ,

                Plaintiff,

      - against -

                                        **NOTICE OF APPEARANCE**

BYPASS MECHANICAL CORP., ROLANDO
MECHANICAL CORP., ROLANDO
MECHANICAL OF NY CORP., ROLAND
HYSENAJ, *individually,* and CLEANTHIS
MEIMAROGLU*, individually,*

                Defendants.
---------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

      To the clerk of this Court and all parties of record: Please enter my appearance as a counsel for Plaintiff in the herein action. I certify that I am admitted to practice in this court.

Dated:  New York, New York

          November 16, 2022

                                                  **PHILLIPS & ASSOCIATES,**

                                                  **ATTORNEYS AT LAW, PLLC**

                            By:      */s/ Zachary Randall*
                                     Zachary Randall, Esq.
                                     Phillips & Associates
                                     Attorneys at Law, PLLC
                                     45 Broadway, Suite 430
                                     New York, New York 10006
                                     Tel: (212) 248-7431
                                     Fax: (212) 901-2107
                                     zrandall@tpglaws.com